WILLIAM McDONALD, RESPONDENT, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF NEW YORK, APPELLANTS.

*Contract for public work — authority to make.*

APPEAL from a judgment, in favor of plaintiff, entered on the report of a referee.

This action was brought to recover the value of materials furnished and used in repairing the public streets. The court were of opinion that if the several cargoes were to be treated as separate items, the superintendent of roads had no authority to make the contracts of purchase without the necessity therefor being first certified by the head of the appropriate department to the common council, and the expenditure being upon such certification ordered by the common council. (§ 38, chap. 446, of 1857.)

If the plaintiff's demands were to be treated as arising under one contract, and thus constituting a single item exceeding $250, the proposal should have been made upon sealed bids or proposals invited by public advertisements. (§ 38, chap. 446, of 1857.)

*E. Delafield Smith,* Counsel to the Corporation, for the appellants.

*Henry Parsons,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Judgment reversed, and a new trial ordered, costs to abide the event.